FILED: July 9, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4860
(1:12-cr-00607-ELH-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

ROBERT J. MARZOLA

  Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion to dismiss.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk